UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDERICK JAMES SKAGGS,

    Plaintiff,

v.
                          Case No. 8:06-cv-01601-SCB-EAJ

CALIFORNIA DEPARTMENT OF JUSTICE, and
FLORIDA DEPARTMENT OF LAW ENFORCMENT,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff Frederick James Skaggs's Motion for Writ of Habeas Corpus, filed September 22, 2006. (Doc. No. 4.) Plaintiff is not in state custody, but argues that his is in "practical custody" because he "can not return to his home state of Nebraska without having to register" as a sex offender pursuant to Florida law. Having reviewed the file in this action and considered Plaintiff's arguments, the Court summarily denies Plaintiff's Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Writ of Habeas Corpus (Doc. No. 4) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of September, 2006.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge